## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:17-cv-02409 (KBJ) |

## **JOINT STATUS REPORT**

Pursuant to the Court's minute order of February 15, 2019, the parties hereby submit the following joint status report.

1. This case concerns Freedom of Information Act ("FOIA") requests submitted by plaintiff to the following components of defendant United States Department of Justice: (a) the Antitrust Division ("Antitrust"); and (b) the Office of Information Policy ("OIP").

2. As previously reported, Antitrust has completed its response to plaintiff's request. On March 14, 2019, Antitrust advised plaintiff that it was revising a few of the original redactions made to the documents produced and provided plaintiff with additional information regarding the remaining material withheld from its productions.

3. As previously reported, as of August 31, 2018, OIP had completed processing of all results located in its initial searches. OIP has since completed its processing of results located in the additional searches that it ran after discovering an issue with the original searches. On February 19, 2019, OIP provided plaintiff with its final production in this case.

4.       Plaintiff is reviewing the materials it received recently from both Antitrust and OIP.  The parties anticipate that they will shortly meet and confer to identify what issues, if any, remain to be resolved in this case.

5.       Accordingly, the parties propose filing a further status report setting forth a proposed schedule for any additional proceedings by April 15, 2019.

| | |
|---|---|
| Dated:  March 15, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
| /s/Kristy Parker<br>JUSTIN FLORENCE (Bar No. 988953)<br>Justin.Florence@protectdemocracy.org<br>KRISTY PARKER (Bar No. 1542111)<br>Kristy.Parker@protectdemocracy.org<br>The Protect Democracy Project, Inc.<br>2020 Pennsylvania Avenue., NW, #163<br>Washington, DC 20006<br>Phone: 202-599-0466<br>Fax: 929-777-8428<br><br>*Counsel for Plaintiff* | MARCIA BERMAN<br>Assistant Director<br><br>/s/Carol Federighi<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov<br><br>*Counsel for Defendant* |