**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 1:17-cv-02409 (KBJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of April 17, 2019, the parties hereby submit the following joint status report.

1.      This case concerns Freedom of Information Act ("FOIA") requests submitted by plaintiff to the following components of defendant United States Department of Justice:  (a) the Antitrust Division ("Antitrust"); and (b) the Office of Information Policy ("OIP").

2.      As previously reported, Antitrust has completed its response to plaintiff's request and has provided plaintiff with additional information regarding the remaining material withheld from its productions.  OIP has also completed its response to plaintiff's request.

3.      Plaintiff is continuing to review the materials it has received from both Antitrust and OIP.  The parties also continue to discuss resolution of the remaining issues, including the possibility of settlement of the case.  However, the parties need additional time to finalize these discussions.

4.      Accordingly, the parties propose filing a further status report setting forth the status of their negotiations and a proposed schedule for any additional proceedings by June 24, 2019.

Dated:  May 24, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

_/s/Kristy Parker_____
JUSTIN FLORENCE (Bar No. 988953)
Justin.Florence@protectdemocracy.org
KRISTY PARKER (Bar No. 1542111)
Kristy.Parker@protectdemocracy.org
The Protect Democracy Project, Inc.
2020 Pennsylvania Avenue., NW, #163
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428

*Counsel for Plaintiff*

MARCIA BERMAN
Assistant Director

_/s/Carol Federighi_____
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*

2